# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**THERESA ANN BAKER,**

    **Plaintiff,**

**v.**                                                  **Case No.  3:26-cv-4441-TKW-HTC**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

                                  /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under *Younger v. Harris*, 401 U.S. 37 (1971).  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED without prejudice under the *Younger* abstention doctrine.

3.    All pending motions are DENIED as moot.

4.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 3rd day of August, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**